# EXHIBIT B



Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA

T: +1.312.474.6300
marshallip.com

Cameron B. Pick
+1.312.474.9565
cpick@marshallip.com

November 5, 2020
Via E-Mail
*(Confirmation Via Courier)*

Dr. Christropher Fisher
Meerkat Technologies LLC
1871 Palalto Road
Monticello, GA 31065

Re:   Meerkat Technologies' Meerkat Safe

Dear Dr. Fisher:

We represent Drift Net Securities ("Drift Net"). Drift Net is the owner of U.S. Patent No. 10,810,845 entitled "Security System for Detecting Hazardous Events and Occupants in a Building" ("the '845 patent"). We enclose a copy of the '845 patent for your reference.

We write to inform you that we believe that Meerkat Technologies LLC ("Meerkat") is currently infringing the '845 patent with its Meerkat Safe which is described on Meerkat's website: http://meerkat-tech.com/meerkat-safe.html and LinkedIn page: https://www.linkedin.com/company/meerkat-tech/.

Drift Net invested heavily to develop its technology and to protect its intellectual property. To the extent that Meerkat Safe infringes any of the claims of the '845 patent, Meerkat is liable to Drift Net under 35 U.S.C. § 271 for patent infringement. Such infringement would entitle Drift Net to an award against Meerkat of its actual damages (in an amount no less than a reasonable royalty) and to injunctive relief to prevent further infringement. Under 35 U.S.C. § 284, any damages awarded against Meerkat may be increased up to three times if it is determined that Meerkat's infringement is willful, and attorney fees may also be award to Drift Net under 35 U.S.C. § 285.

Accordingly, we ask that Meerkat immediately cease and desist any infringement of the '845 patent by stopping its sale, use and marketing of Meerkat Safe and any other technology that infringes any claim of the '845 patent.

This letter is not intended to detail every possible claim that Drift Net could assert against Meerkat under the '845 patent or any of its other intellectual property rights. Drift Net's assessment of Meerkat's potential infringement of Drift Net's other intellectual property is continuing. Drift Net reserves all of its rights to assert additional theories of infringement under the '845 patent or any of its other intellectual property.

November 5, 2020
Page 2

We request that you contact us within fourteen (14) days from the date of this letter to provide appropriate assurance that all sale and marketing activities have ceased and that Meerkat will comply with Drift Net's demands. If we do not receive a satisfactory response from you, Drift Net will have no choice but to consider additional legal action.

Please contact us if you have any questions or would like to discuss this matter.

        Sincerely,

        MARSHALL, GERSTEIN & BORUN LLP

        By:

        Cameron B. Pick

Enclosure (U.S. Patent No. 10,810,845)

cc:    Jennifer Burnette
        Jeremy Protas