# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MEERKAT TECHNOLOGIES INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> DRIFT NET, LLC, <br><br> Defendant/Counterclaim Plaintiff. | CIVIL ACTION NO.: <br><br> 5:20-cv-00471-MTT <br><br> <u>JURY TRIAL DEMANDED</u> |

**ANSWER TO COUNTERCLAIM AND DEFENSES TO COUNTERCLAIM FOR PATENT INFRINGEMENT**

Plaintiff, MEERKAT TECHNOLOGIES, INC. ("Meerkat"), by and through its undersigned counsel, DUNLAP, BENNETT & LUDWIG, PLLC, hereby files its ANSWER TO COUNTERCLAIM AND DEFENSES TO COUNTERCLAIM FOR PATENT INFRINGEMENT, and respectfully states as follows:

## I. PLAINTIFF/COUNTERCLAIM DEFENDANT'S ANSWER TO COUNTERCLAIM FOR PATENT INFRINGEMENT

### A. ALLEGED PARTIES

1. Meerkat admits the allegations set forth in this Paragraph to the Counterclaim.

2. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

3. Meerkat lacks knowledge or information sufficient to form a

belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

4. Meerkat admits the allegations set forth in this Paragraph to the Counterclaim.

5. Meerkat admits that it makes, sells, uses, and offers for sale its Meerkat Safe product in the United States and within this District and further that the quoted language in this Paragraph to the Counterclaim appears on the website described, but denies the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim.

### B. ALLEGED JURISDICTION AND VENUE

6. Meerkat admits that this Court has subject matter jurisdiction over the Counterclaim pursuant to 28 U.S.C. §1338.

7. Meerkat admits the allegations set forth in this Paragraph to the Counterclaim.

8. Meerkat admits the allegations set forth in this Paragraph to the Counterclaim.

9. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

### C. ALLEGED PATENT-IN-SUIT

10. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the

Counterclaim and consequently denies them.

11. Meerkat admits the allegations set forth in this Paragraph to the Counterclaim.

12. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

13. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

14. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

15. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

16. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

17. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

18. Meerkat lacks knowledge or information sufficient to form a

belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

19. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

20. Meerkat denies inventions disclosed in the '845 patent were breakthroughs in the field of security detection and threat prevention but lacks knowledge or information sufficient to form a belief as to the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them as well.

21. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

22. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

23. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

24. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

25. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

26. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

27. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

28. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

29. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in this Paragraph to the Counterclaim and consequently denies them.

30. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

    D.  **ALLEGED BACKGROUND FACTS**

31. Meerkat admits the allegations set forth in this Paragraph to the Counterclaim.

**ERRONEOUS COUNT I - ALLEGED INFRINGEMENT OF THE '845 PATENT**

32. Meerkat incorporates its answers to the above paragraphs if fully set forth herein.

33. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

34. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

35. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of Drift Net's information and belief allegations and consequently denies them and denies the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim.

36. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of Drift Net's information and belief allegations and consequently denies them and admits the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim.

37. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of Drift Net's information and belief allegations and consequently denies them and denies the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim.

38. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

39. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

40. Meerkat denies the allegations set forth in this Paragraph to the

Counterclaim.

41. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

42. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

43. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

44. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

45. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

46. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

47. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of Drift Net's alleged current understanding of the Meerkat Safe allegations and consequently denies them and denies the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim.

48. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of Drift Net's alleged information and belief allegations and consequently denies them and denies the rest and remainder of the

allegations set forth in this Paragraph to the Counterclaim.

49. Meerkat lacks knowledge or information sufficient to form a belief as to the truth of Drift Net's alleged information and belief allegations and consequently denies them and denies the rest and remainder of the allegations set forth in this Paragraph to the Counterclaim.

50. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

51. Meerkat denies the allegations set forth in this Paragraph to the Counterclaim.

### E. JURY DEMAND

52. Drift Net's request for a jury demand requires no response and, by way of further answer, Meerkat requests a trial by jury for all issues so triable in the Counterclaim and for the defenses raised herein.

### F. ALLEGED PRAYER FOR RELIEF

53. Meerkat denies that Drift Net is entitled to any relief, including subparagraph A-G to the Counterclaim's Prayer, and, by way of further answer requests that this Honorable Court deny the relief sought by Drift Net, dismiss Drift Net's counterclaim with prejudice, and award Meerkat its incurred costs, expenses, attorney's fees, and any other relief that this Court determines fair and equitable under the circumstances.

## II. DEFENSES TO COUNTERCLAIM FOR PATENT INFRINGEMENT

**A. Non-Infringement.** Meerkat's Meerkat Safe does not infringe and has not infringed, literally or by the doctrine of equivalents, the '845 patent or any valid and enforceable claim of the '845 patent either directly, contributorily, by inducement, jointly, or in any other manner.

**B. Prior Art Invalidity.** One or more claims of the '845 patent are invalid under the United States Patent Act, 35 U.S.C. § 1 *et seq.*, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112 and/or 116 thereof, and the rules, regulations, and laws pertaining thereto. One or more claims of the '845 patent are invalid pursuant to 35 U.S.C. §§ 102 and/or 103 because they are barred, anticipated and/or rendered obvious by the prior art, including offers for sale, by Meerkat, made before the actual or effective filing date of the '845 patent. One or more claims of the '845 patent are invalid pursuant to 35 U.S.C. § 112 because they are indefinite, not enabled, and/or lack sufficient written description.

**C. No Damages.** Drift Net has not suffered any damages attributable to, or caused by, Meerkat.

**D. Unclean Hands.** Drift Net's claims are barred in whole or in part by the doctrine of unclean hands particularly in view of its bad faith alleged assertions of patent infringement.

**E. Reservation of Rights.**  Meerkat reserves the right to assert any other and further defenses uncovered in the discovery process.

Respectfully submitted, this 25th day of February, 2021.

        **DUNLAP BENNETT & LUDWIG PLLC**

     /s/ Geoffrey M. Dureska
David Ludwig
State Bar of Georgia No. 425787
211 Church St.  SE
Leesburg, Virginia 20175
Tel: (703) 777-7319
Fax: (703) 777-3656
Email: dludwig@dbllawyers.com


Geoffrey M. Dureska
State Bar of Georgia No. 783906
1870 The Exchange, SE, STE 200
Atlanta, Georgia 30339
Tel: (404) 692-5953
Fax: (404) 596-5283
Email: gdureska@dbllawyers.com

*Attorneys for Plaintiff MeerkatTechnologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th Day of February, 2021 electronically filed the foregoing ANSWER TO COUNTERCLAIM AND DEFENSES TO COUNTERCLAIM FOR PATENT INFRINGEMENT with the Clerk of Court which will automatically notify the following counsel of record via CM/ECF:

J.A. Schneider
Marla R. Butler
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
ja.scneider@thompsonhine.com
marla.butler@thompsonhine.com

Thomas L. Duston
John J. Lucas
Chelsea M. Murray
MARSHALL, GERSTEIN & BORUN, LLP
233 S. Wacker Drive, 6300 Willis Tower
Chicago, Illinois 60606
tduston@marshallip.com
jlucas@marshallip.com
cmurray@marshallip.com

*Attorneys for Defendant Drift Net, LLC*

/s/ Geoffrey M. Dureska
Geoffrey M. Dureska
Georgia Bar No. 783906