IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MEERKAT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 5:20-cv-471 (MTT) |
| | ) | |
| DRIFT NET, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

As discussed and agreed at the November 1, 2021 *in camera* hearing, Defendant Drift Net, LLC's counsel's motion to withdraw is **GRANTED**.[1]  "It is the longstanding policy of this court that attorneys will … remain with the case until its conclusion."  M.D. Ga. Local R. 83.1.4.  However, an attorney may withdraw if there is a compelling reason, and the attorney complies with the notice procedures in the Local Rules.  *Id.*

In this case, Drift Net's counsel filed a notice of intent to withdraw on August 23, 2021.  (Docs. 45, 46).  In those notices, counsel stated the reasons for withdrawal were communicated to Drift Net, and Drift Net "shall have fourteen (14) days from the date of the notice to file objections to withdrawal."  *Id.*  No objections were filed by Drift Net.  Drift Net's counsel subsequently filed an unopposed motion requesting an *in camera* telephonic hearing with the Court to discuss the notices of withdrawal and counsel's

---

[1] Drift Net is represented by lead counsel Thomas L. Duston, John J. Lucas, and Chelsea M. Murray—all of the firm Marshall, Gerstein & Borun, LLP—and local counsel J.A. Schneider, Marla R. Butler, and Jonathan M. Nussbaum, all of the firm Thompson Hine LLP.

anticipated motion to withdraw. Doc. 50. The *in camera* telephonic hearing was held on November 1, 2021. During the hearing, Drift Net's counsel moved to withdraw.

As a limited liability company, Drift Net cannot participate in legal proceedings without representation. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1384 (11th Cir. 1985). "Ordinarily, the court will expect the filing of a Notice of Appearance by substitute counsel contemporaneous with the filing of the Motion to Withdraw." M.D. Ga. Local R. 83.1.4. Drift Net has not yet done so. Accordingly, Drift Net shall retain counsel and have substitute counsel file a notice of appearance within fourteen days of this Order.

Because there is a compelling reason to withdraw, counsel has complied with the notice procedures, and Drift Net has not objected, counsel's motion to withdraw is **GRANTED**. Accordingly, Drift Net is **DIRECTED** to retain counsel and have substitute counsel file a notice of appearance by **November 16, 2021**. If Drift Net fails to do so, default may be entered against it.

**SO ORDERED**, this 2nd day of November, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT