# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**Meerkat Technologies, Inc.,**

    **Plaintiff,**

v.                                                           Civil Action No. 5:20-cv-471 (MTT)

**Drift Net, LLC,**

    **Defendant.**

## REVISED SCHEDULING ORDER

Pursuant to the Court's Orders of January 25, 2022 [Dkt. No. 71] and January 31, 2022 [Dkt. No. 73] (the "Orders"), Plaintiff Meerkat Technologies, Inc. ("Meerkat") and Defendant Drift Net, LLC ("Drift Net") met and conferred regarding a proposed Revised Scheduling Order. In view of the Orders, the parties agreed upon and proposed the following revised deadlines:

| DEADLINE | DATE |
| --- | --- |
| Close of Discovery | June 23, 2022 |
| Daubert Motions/Dispositive Motions | July 25, 2022 |
| Initial Expert Disclosures on the Issues for Party Bears the Burden of Proof | July 25, 2022 |
| Initial Expert Disclosures on the Issues for Opposing Party | August 25, 2022 |
| Rebuttal Expert Witness Disclosures | September 8, 2022 |
| Expert Depositions to Be Completed | October 10, 2022 |

-2-

The Court adopts the parties' proposed changes to the schedule, as set forth above.[1]

**SO ORDERED**, this 14th day of February 2022.

S/ Marc T. Treadwell<br>
MARC. T. TREADWELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT

---

[1] Pursuant to the Court's Order of January 31, 2022, Drift Net shall file its proposed opening and responsive claim construction briefs by February 24, 2022 and Meerkat may file a responsive claim construction brief by March 21, 2022. [Dkt. No. 73]