# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **Meerkat Technologies, Inc.,** | CIVIL ACTION NO.: |
| **Plaintiff/Counterclaim Defendant,** | |
| v. | **5:20-cv-00471** |
| **Drift Net, LLC,** | **JURY TRIAL DEMANDED** |
| **Defendant/Counterclaim Plaintiff.** | |

## JOINT MOTION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

**COME NOW** the Parties, Meerkat Technologies, Inc. ("Meerkat") and Drift Net, LLC ("Drift Net"), by and through their undersigned counsel, and respectfully request that the Court, in consideration of a mutually acceptable resolution to this matter, **DISMISS THIS ACTION WITH PREJUDICE** including all claims and counterclaims, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 3rd day of June, 2022.

/s/ Geoffrey M. Dureska
David Ludwig, Esq.
DUNLAP, BENNETT & LUDWIG, PLLC
211 Church Street, SE
Leesburg, Virginia 20175
Tel: (703) 777-7319
Fax: (703) 777-3656
E-mail: dludwig@dbllawyers.com

Geoffrey M. Dureska, Esq.
DUNLAP, BENNETT & LUDWIG, PLLC
1870 The Exchange, SE, STE 200
Atlanta, Georgia 30339
Tel: (404) 692-5953
Fax: (404) 596-5283
E-mail: gdureska@dbllawyers.com

*Counsel for Meerkat*

/s/ John K. Burke
L. Clint Crosby
Georgia Bar No. 197877
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Road NE, STE 1500
Atlanta, Georgia 30326
Phone: (404) 577-6000
Fax: (404) 221-6501
E-mail: ccrosby@bakerdonelson.com

Brian W. Ledebuhr (Pro Hac Vice)
John K. Burke (Pro Hac Vice)
VEDDER PRICE, P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: (312) 609-7500
Fax: (312) 609-5005
E-mail: bledebuhr@vedderprice.com
          jburke@vedderprice.com

*Counsel for Drift Net*